Submitted March 4, affirmed April 20, 2022

In the Matter of D. T.,
a Youth.

STATE OF OREGON,
*Respondent,*

*v.*

D. T.,
*Appellant.*

Linn County Circuit Court
13JU00763;
A174796 (Control), A174797

508 P3d 998

Michael B. Wynhausen, Judge.

Ginger Fitch and Youth Rights & Justice filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Greg Rios, Assistant Attorney General, filed the brief for respondent.

Before James, Presiding Judge, and Aoyagi, Judge, and Joyce, Judge.

PER CURIAM

Affirmed. *State v. A. R. H.*, 314 Or App 672, 499 P3d 851 (2021).